UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
USA

                    Plaintiff,

  - against -

GARRETT BAUER,

                  Defendant.
------------------------------------------------------------X

**Order**

**11-cr-00842-KSH**

Upon the application of Michael F. Bachner, Esq., counsel for the defendant, Garrett Bauer, and with the **consent** of the **Government,** by AUSAs Matthew Beck and Judith Germano, and with the **consent** of New Jersey **US Pre-trial Services** Officer Barbara Hutchinson, and Dennis Khilkevich, USPSO Location Monitoring Specialist for the Southern District of New York:

**IT IS HEREBY ORDERED:**

That the bail conditions related to the defendant's home incarceration are modified, and it is hereby Ordered:

    a.    That electronic monitoring shall no longer be required.

    b.    From December 24, 2011 through December 25, 2011, and from December 31, 2011 through January 1, 2012, the defendant shall be permitted to remain at the home of Andrea and Doug Madaio located at 2782 Montauk Highway in Bridgehampton, New York.

    c.    All other bail conditions remain the same.

I hereby consent to the entry and

1 | P a g e

Form of this Order:

_____
AUSA Matthew Beck or Judith Germano

_____
Michael F. Bachner, Esq.
Attorney for Defendant

SO ORDERED:

_____
Judge Katharine S. Hayden, USDJ

12/21/11