UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
USA

                       Plaintiff,

      - against -

GARRETT BAUER,

                      Defendant.
------------------------------------------------------------X

**Order**

**11-Cr-00842-KSH**

Upon the application of Michael F. Bachner, Esq., counsel for the defendant, Garrett Bauer, and with the **consent** of the **Government,** by AUSAs Matthew Beck and Judith Germano, and with the **consent** of New Jersey **US Pre-trial Services** Officer Barbara Hutchinson, and Dennis Khilkevich, USPSO Location Monitoring Specialist for the Southern District of New York:

**IT IS HEREBY ORDERED:**

That the bail conditions related to the defendant's home incarceration are modified, and it is hereby Ordered:

    a.    That the defendant is hereby permitted to travel within the continental United States with prior approval of both Pre-trial Services and the United States Attorney's Office.

    b.    Electronic monitoring shall no longer be required and the defendant shall no longer be subject to a curfew.

    c.    All other bail conditions remain the same.

I hereby consent to the entry and

Form of this Order:

_____
AUSA Matthew Beck or Judith Germano

_____
Michael F. Bachner, Esq.
Attorney for Defendant

SO ORDERED:

_____
Judge Katharine S. Hayden

1/23/12